IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MRS. KUMUDINI M. KELSEY, <br> **Plaintiff,** | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| MUHLENBERG COLLEGE, <br> **Defendant.** | : <br> : | NO. 17-4505 |

FILED
OCT 18 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 17th day of October, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

_____
LAWRENCE F. STENGEL, Ch. J.